AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Ted Doukas | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:10cv98TSL-LRA |
| United States of America | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA, by service upon:

U. S. Attorney Don Burkhalter
Southern District of Mississippi
188 E. Capitol Street, Suite 500
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John W. Crowell, Esq.
Nichols, Crowell, Gillis, Cooper & Amos, PLLC
710 Main Street, Third Floor
Post Office Box 1827
Columbus, MS 39703-1827
662-243-7308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 0 9 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United States of America__

was received by me on *(date)* __June 10, 2010__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Civil Process Clerk__, who is designated by law to accept service of process on behalf of *(name of organization)* __U. S. Attorney Don Burkhalter (United States of America)__ on *(date)* __June 11, 2010__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0.00__ for travel and $ __6.83__ for services, for a total of $ __6.83__.

I declare under penalty of perjury that this information is true.

Date: __June 14, 2010__

*Server's signature*

__Michelle Holliman, Legal Assistant__
*Printed name and title*

__Post Office Box 1827, Columbus, MS   39703__
*Server's address*

Additional information regarding attempted service, etc:

Service made by certified mail.  See attached return receipt.

**U.S. Postal Service** MNH #29,638-001
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0520 0016 7881 0395

Attn: Al Jernigan, Asst. U. S. Attorney

| | |
|---|---|
| Postage | $1.73 |
| Certified Fee | 2.00 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.03 |

Postmark: COLUMBUS MS JUN 10 2010 DTS

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Civil Process Clerk
Street, Apt. No.; or PO Box No.
188 East Capitol Street, Ste. 500
City, State, ZIP+ 4
Jackson, MS 39201

PS Form 3800, February 2000    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Attn: Al Jernigan, Asst.
        U. S. Attorney
   188 East Capitol Street,
   Suite 500
   Jackson, MS  39201

2. Article Number (Transfer from service label)
   7000 0520 0016 7881 0395

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Renee Ancel
C. Date of Delivery: 6/11/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes