IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

TED DOUKAS                                                                                          PLAINTIFF

VS.                                                        CIVIL ACTION NUMBER 4:10-CV-098 TSL LRA

UNITED STATES OF AMERICA                                                              DEFENDANT

MOTION FOR EXTENSION OF TIME

The United States of America, Defendant herein, through the undersigned counsel, moves for an extension of time within which to respond or otherwise plead to the Complaint heretofore filed against it and would show unto the Court:

1.

The Complaint in this action was served upon the United States Attorney on June 11, 2010, and the Attorney General on June 15, 2010. By unopposed Order on August 9, 2010, this Court granted the United States an extension of time to answer or plead to October 11, 2010. (DKT # 6).

2.

The Complaint references numerous alleged government contracts involving several different agencies in numerous states within the United States.

3.

Counsel for the United States has been diligently attempting to locate all of the aforesaid government contracts and the various agencies named in the Complaint but has thus far been

unable to successfully complete said search.

4.

Counsel for the United States has been in contact with counsel for the Plaintiff and he does not oppose the granting of an extension of time to respond or otherwise plead herein.

5.

This Motion For Extension of Time is not filed for the purpose of delay but in order that justice may be done.

WHEREFORE, the United States prays for an Order Granting Extension of Time to plead or otherwise respond to the Complaint herein of sixty (60) days from and after October 11, 2010, to and including December 10, 2010, within which to plead or otherwise respond to the Complaint.   The United States prays for general relief.

Respectfully submitted,

DONALD R. BURKHALTER

United States Attorney

By:   /s/ David N. Usry

David N. Usry
Assistant United States Attorney
U.S. Department of Justice
188 East Capitol St., Suite 500
Jackson, MS 39201
MS Bar # 5775
David.Usry@usdoj.gov
(601) 973-2836

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that I have filed electronically and/or mailed, postage paid, and thereby served the foregoing Motion this the 7th day of October, 2010, to the following:

>John W. Crowell
>Nicols, Crowell Gillis, Cooper & Amos
>710 Main Street, Third Floor
>Post Office Box 1827
>Columbus, MS 39703-1827
>jcrowell@nicholscrowell.com

>/s/ David N. Usry
>David N. Usry
>Assistant United States Attorney
>U.S. Department of Justice
>188 East Capitol St., Suite 500
>Jackson, MS 39201
>MS BAR # 5775
>(601) 973-2836
>David.usry@usdoj.gov