IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TED DOUKAS     PLAINTIFF

VS.     CIVIL ACTION NUMBER 4:10-CV-098 TSL LRA

UNITED STATES OF AMERICA     DEFENDANT

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS MATTER having come on for consideration of the United States of America's Motion For Extension Of Time ( DKT # 7), the Court, being advised that counsel opposite does not oppose the granting of said extension, hereby finds and orders as follows:

IT IS ORDERED the United States is hereby granted an extension of time to plead or otherwise respond to the Complaint herein of sixty (60) days from and after October 11, 2010, to and including December 10, 2010, within which to plead or otherwise respond to the Complaint.

ORDERED this the 7th day of October, 2010.

                                               MAGISTRATE JUDGE LINDA R. ANDERSON

Submitted by:
/s/ David N. Usry
David N. Usry
188 E. Capitol St., Suite 500
Jackson, MS 39201-0101
(601) 973-2836
MS BAR # 5775
david.usry@usdoj.gov