IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| TED DOUKAS | PLAINTIFF |
| v. | Case Number 4:10-cv-00098-TSL-LRA |
| UNITED STATES OF AMERICA | DEFENDANT |

## STIPULATION OF DISMISSAL

Plaintiff, Ted Doukas, and Defendant United States of America have reached an agreement to resolve the claims in this matter, and stipulate and agree to fully settle the claims by and between themselves arising out of or related to the instant action on the following terms and conditions.

1. **Effect of Settlement.** The parties agree that, upon execution of this Stipulation, the claims between the parties and any and all heirs, assignees, trustees, employees and/or transferees of such parties which have or could have been asserted related to the facts of the Complaint and the subject matter of this litigation shall be surrendered and forever barred.

2. **Joint Dismissal.** In consideration of the settlement between the parties, and in accordance with the execution hereof, counsel shall submit a Final Judgment of Dismissal With Prejudice, with this Stipulation attached thereto as Exhibit A, to the District Judge for execution and entry.

3. **Admissibility of Stipulation.** The parties agree that this Stipulation shall be admissible into evidence in any judicial, administrative or other forum for the purpose of establishing that the parties and any and all heirs, assignees, trustees, employees and/or transferees of such parties are forever barred from pursuing further litigation or any other actions as it relates to the facts of the Complaint and the subject matter of this litigation.

4. **Joint Preparation**. The preparation of this Stipulation has been a joint effort of the parties and resulting documents shall not, solely as a matter of judicial construction, be construed more severely against one of the parties than the others.

SO STIPULATED, this the 24th day of November, 2010.

_____
TED DOUKAS

_____
JOHN W. CROWELL, MSB #7906
*Attorney for Ted Doukas*

SO STIPULATED, this the 6th day of December, 2010.

_____
DAVID N. USRY, MSB # 5775
*Attorney for the United States of America*

AC\29637\001\Stipulation of Dismissal